**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

_____

**ELOISE JACKSON,**

                **Plaintiff,**

                v.

**GEORGE EHGARTNER, SR.
et al.,**

                **Defendants.**

**5:15-cv-894
(GLS/TWD)**

_____

## ORDER

    The above-captioned matter comes to this court following an Order and Report-Recommendation (R&R) by Magistrate Judge Thérèse Wiley Dancks, duly filed on September 4, 2015. (Dkt. No. 6.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein. No objections have been filed, and having thoroughly reviewed the R&R, the court finds no clear error in Judge Dancks' recommendations, and adopts it in its entirety.

    After the R&R had been docketed, plaintiff pro se Eloise Jackson filed a document intended to serve as an amendment to her complaint. (Dkt. No. 7.) The Local Rules of the Northern District require that an amended pleading "be a wholly integrated and complete pleading that does

not rely upon or incorporate by reference any pleading or document previously filed with the court." *Mhina v. Van Doren*, No. 5:15-cv-327, 2015 WL 6107865, at *7 (N.D.N.Y. Oct. 15, 2015); *see* N.D.N.Y. L.R. 7.1(a)(4). Because Jackson's submission fails to comply with Local Rule 7.1(a)(4), the court directs the Clerk to strike the purported amendment. Jackson will be afforded thirty (30) days to file an amended pleading in full compliance with the Local Rules.

Accordingly, it is hereby

**ORDERED** that the Order and Report-Recommendation filed September 4, 2015, (Dkt. No. 6), is **ADOPTED** in its entirety; and it is further

**ORDERED** that the complaint, (Dkt. No. 1), is **DISMISSED** with prejudice and the Clerk is directed to terminate all defendants; and it is further

**ORDERED** that the Clerk strike the "amended complaint," (Dkt. No. 7); and it is further

**ORDERED** that Jackson is granted leave to file an amended complaint naming Infitec, Inc. as a defendant in full compliance with the Local Rules within thirty (30) days of the date of this Order; and it is further

**ORDERED** that, in the event Jackson files an amended complaint, the Clerk submit the amended complaint to Magistrate Judge Dancks for initial review pursuant to 28 U.S.C. § 1915(e); and it is further

**ORDERED** that, in the event Jackson fails to file an amended complaint, the Clerk close the case without further order of the court; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance to the Local Rules.

**IT IS SO ORDERED.**

December 7, 2015
Albany, New York

Gary L. Sharpe
U.S. District Judge